IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Jesus Manuel Puche Olivares ) | | Judge Lee H. Rosenthal |
| Plaintiff, ) | | |
| v. ) | | Case No.: 4:23−cv−01981 |
| ) | | |
| Lyl Transportation, LLC. and ) | | |
| Juan Carlos Cortez Flores ) | | |
| Defendants. ) | | |

**PETITION FOR ATTORNEY'S FEES, TIME AND TASKS**

I, James M. Dore, having been first duly sworn on oath, states:

1. Plaintiff Jesus Manuel Puche Olivares retained me to represent him in the above captioned lawsuit against the named Defendant(s). The above captioned lawsuit involves claims under the Fair Labor Standards Act and the Texas Revised Labor Code to collect unpaid wages and overtime from Defendant(s), their former employer.

2. I am the attorney responsible for handling this matter. I am licensed to practice law in the state of Texas. My Texas Bar number 24128272.

3. Our billable hourly rate is $400.00 per hour for matters of this kind.

4. Our $400.00 hourly rate is reasonable and comparable to rates charged by attorneys and staff of a comparative level, serving the same legal market: the metropolitan Texas area. I have been practicing law for over thirteen years.

5. The following list specifies an accurate statement of the subjects and the professional time spent and to be spent in the prosecution of the claim(s) of Plaintiff against the Defendants. The list represents the coincidental or reasonably current preparation of the subject matters and the time assigned as reflected in the records of the attorneys for Plaintiff:

| Date | Atty | Hours | Description of Activity |
|---|---|---|---|
| 03/16/2023 | | 0.3 | REVIEW CASE DESCRIPTION AND INFORMATION |
| 05/24/2023 | | 0.8 | INTERVIEW PLAINTIFF REGARDING UNDERLYING FACTS OF THE CASE. |
| | | 0.5 | RESEARCH RE: DEFENDANT; ONLINE PRESENCE AND LOCATION |
| | | 0.4 | RESEARCH RE: DEFENDANT CORP & SERVICE OF PROCESS |

| Date | Hours | Description |
|---|---|---|
| 05/30/23 | 1.6 | DRAFT COMPLAINT; DRAFT CIVIL ACTION COVER SHEET; DRAFT APPEARANCE; DRAFT SUMMONSES TO DEFENDANTS; |
| 05/31/23 | 0.1 | SUMMONS ISSUED |
| | 0.1 | EMAIL SUMMONSES AND COMPLAINT TO SPS FOR SERVICE |
| | 0.1 | REVIEWED SCHEDULING ORDER |
| 06/20/23 | 0.3 | REVIEW SERVICE; FILE SUMMONSES SERVICE EFFECTED |
| 06/21/23 | 0.1 | REVIEW ORDER ON INITIAL DISCOVERY PROTOCOLS FOR FLSA |
| 07/5/23 | 0.1 | FILED RETURN OF SERVICE |
| 08/09/23 | 0.3 | DRAFTED MOTION FOR ENTRY OF DEFAULT |
| 08/09/23 | 0.1 | FILED MOTION FOR ENTRY OF DEFAULT |
| 08/18/23 | 0.1 | REVIEWED ORDER GRANTING MOTION |
| 09/01/23 | 0.1 | REVIEW DOCKET MINUTE ON MOTION |
| 09/14/23 | 3.0 | DRAFT AFFIDAVIT OR PROVE-UP, INCLUDING SPREADSHEET DETAILING DAMAGES IN THE CASE; DRAFT PETITION FOR ATTORNEYS FEES AND COSTS; DRAFT CERTIFICATE OF DEFAULT; DRAFT AFFIDAVIT AS TO MILITARY SERVICE; DRAFT NOTICE AND MOTION FOR DEFAULT JUDGMENT |
| 09/22/23 | 0.4 | REVIEW AND REVISE PROVEUP DOCUMENTS |

**Total Hours:** 8.4 hrs X $400.00 = $3,360.00

**Total Attorneys Fees = $3,360.00**

| Costs | Date | Amount | Description |
|---|---|---|---|
| | 05/30/23 | $402.00 | Filing Complaint |
| | 06/21/23 | $204.00 | Service – Summonses and Complaints |

**Total Costs:** $606.00

6. These records identify the work that we did each day, the amount of time that we devoted to this matter on that day (including separate entries for each task), and a description of the work performed. The time entries on these invoices were entered by me personally, at or near the time of performing the work in the ordinary course of our daily practice. These billing records are kept in the ordinary course of our regularly conducted business activities. Some entries may have been redacted in part for the purpose of protecting attorney-client communications or work product privilege.

7. The tasks performed and the costs incurred were all reasonably and necessarily incurred in the case. The fees and costs incurred reflect tasks that were performed competently and efficiently.

8. Accordingly, the total amount of attorney's fees and costs being sought are **$3,966.00.**

9. I have personal knowledge of the facts set forth in this Affidavit and can testify in accordance therewith.

## Verification

I declare under penalty of perjury that the foregoing is true and correct.

Executed: September 22, 2023

**s/ James M. Dore**
**Justicia Laboral LLC**
James M. Dore (Texas Bar # 24128272)
*Attorneys for Plaintiffs*
6232 N. Pulaski Road, Suite 300
Chicago, IL. 60646
P: 773-415-4898; E: jdore@justicialaboral.com
